1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLIED BUILDING PRODUCTS CORP., | Case No.: SACV 15-01504-CJC(KESx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL BELLO, STEPHEN BELLO, and PREMIER CONTRACTORS, INC., | |
| Defendants. | |

On December 29, 2015, plaintiff Allied Building Products Corp. filed a Notice of Motion and Motion for Entry of Judgment Under Settlement Agreement (the "Motion") [Doc. 14] due to the breach of a settlement agreement by defendants Michael Bello, Stephen Bello, and Premier Contractors, Inc. (the "Defendants"). The Defendants did not file any opposition to the Motion. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's February 1, 2016 hearing calendar.

1     On January 27, 2016, the Court entered its Order Granting Plaintiff's Motion for
2  Entry of Judgment Under the Settlement Agreement (the "Order").  For the reasons
3  stated in the Order, it is hereby ORDERED, ADJUDGED, AND DECREED that:
4     1.     Judgment is entered in favor of plaintiff Allied Building Products Corp.
5  against defendants Premier Contractors, Inc., Michael Bello, and Stephen Bello, jointly
6  and severally, in the amount of $157,283.17, together with costs and interest thereon at
7  the rate of eighteen percent (18%) per annum from November 4, 2015.

8
9  Dated: March 15, 2016

10  _____
11                Hon. Cormac J. Carney
                  United States District Judge

2
JUDGMENT